**No. 10-8584. Maurice Peterkin, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1549, 179 L. Ed. 2d 358, 2011 U.S. LEXIS 1134.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 395 Fed. Appx. 856.

**No. 10-8585. Jack Padilla, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1549, 179 L. Ed. 2d 358, 2011 U.S. LEXIS 1252.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 404 Fed. Appx. 339.

**No. 10-8589. Nicholas R. Chapman, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1549, 179 L. Ed. 2d 358, 2011 U.S. LEXIS 1204.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 398 Fed. Appx. 931.

**No. 10-8591. Lennell Cooper, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1549, 179 L. Ed. 2d 358, 2011 U.S. LEXIS 1156.

February 22, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 992 A.2d 1288.

**No. 10-8595. Alexandr Spitsyn, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1549, 179 L. Ed. 2d 358, 2011 U.S. LEXIS 1263.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 403 Fed. Appx. 572.

**No. 10-8597. Antonio Espinoza Bravo, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1549, 179 L. Ed. 2d 358, 2011 U.S. LEXIS 1287.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 624 F.3d 921.

**No. 10-8600. Antonio D. Clark, Petitioner v. United States.**

562 U.S. 1248, 131 S. Ct. 1550, 179 L. Ed. 2d 358, 2011 U.S. LEXIS 1313.

February 22, 2011. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 996 A.2d 848.